**UNITED STATES OF AMERICA**
**OFFICE OF THE COMPTROLLER OF THE CURRENCY**
**WASHINGTON, D.C.**

**Receivership Determination and Appointment of Receiver**

Corus Bank, National Association
Chicago, Illinois
Charter Number 23005

**WHEREAS**, the Comptroller of the Currency has delegated to me the authority to appoint a receiver for a national bank under 12 U.S.C. §§ 191 and 1821(c)(5);

**WHEREAS**, the above captioned bank ("Bank") is insured by the Federal Deposit Insurance Corporation;

**WHEREAS**, from information available to the Office of the Comptroller of the Currency ("OCC") and pursuant to 12 U.S.C. § 191, I have determined that the following grounds exist for the appointment of a receiver for the Bank:

(1) The Bank's assets are less than its obligations to its creditors and others, including members of the institution. 12 U.S.C. § 1821(c)(5)(A).

(2) The Bank has experienced substantial dissipation of assets or earnings due to any unsafe or unsound practice. 12 U.S.C. § 1821(c)(5)(B)(ii).

(3) The Bank is in an unsafe or unsound condition to transact business. 12 U.S.C. § 1821(c)(5)(C).

(4) The Bank has incurred or is likely to incur losses that will deplete all or substantially all of its capital, and there is no reasonable prospect for the institution to become adequately capitalized (as defined in 12 U.S.C. § 1831o(b)) without Federal assistance. 12 U.S.C. § 1821(c)(5)(G).

(5) The Bank's unsafe or unsound practices or condition are likely to cause insolvency or substantial dissipation of assets or earnings. 12 U.S.C. § 1821(c)(5)(H)(i).

(6) The Bank's unsafe or unsound practices or condition are likely to weaken its condition. 12 U.S.C. § 1821(c)(5)(H)(ii).

EXHIBIT "A"

(7) The Bank's unsafe or unsound practices or condition are likely to seriously prejudice the interests of its depositors or the Deposit Insurance Fund. 12 U.S.C. § 1821(c)(5)(H)(iii).

(8) The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)) and has no reasonable prospect of becoming adequately capitalized. 12 U.S.C. § 1821(c)(5)(K)(i).

(9) The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)) and has failed to submit a capital restoration plan acceptable to the OCC within the time prescribed under 12 U.S.C. § 1831o(e)(2)(D). 12 U.S.C. § 1821(c)(5)(K)(iii).

(10) The Bank is critically undercapitalized, as defined in 12 U.S.C. § 1831o(b). 12 U.S.C. § 1821(c)(5)(L)(i).

**WHEREAS**, in my discretion, I have determined that the Federal Deposit Insurance Corporation should be appointed Receiver for the Bank;

**NOW THEREFORE**, pursuant to 12 U.S.C. §§ 191 and 1821(c) and the power, duty, and authority vested in me by law, I do hereby appoint the Federal Deposit Insurance Corporation as Receiver for the Bank, with all of the powers, duties, and responsibilities given to or imposed upon a receiver under the provisions of the laws of the United States which authorize and direct the appointment of such receiver.

_____
Jennifer C. Kelly
Senior Deputy Comptroller
Midsize/Community Bank Supervision


Dated: September 11, 2009



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

September 11, 2009

The Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C. 20429-9990

Re:   Corus Bank, National Association, Charter Number 23005

To Whom It May Concern:

You have been appointed Receiver for the above captioned bank ("Bank") effective as of the date of this letter. A copy of the *Receivership Determination and Appointment of Receiver* for the Bank is enclosed.

Please send the Office of the Comptroller of the Currency a copy of any verification of assets prepared by the Federal Deposit Insurance Corporation.

Very truly yours,

Jennifer C. Kelly
Senior Deputy Comptroller
Midsize/Community Bank Supervision

Enclosure



**FDIC**
Division of Resolutions and Receiverships
Dallas Regional Office
1601 Bryan Street
Dallas, Texas 75201

Telephone (214) 754-0098

September 11, 2009

Office of the Comptroller of the Currency
Washington, D.C.

Subject: **Corus Bank, National Association
Chicago, Illinois – In Receivership
Acceptance of Appointment as Receiver**

Dear Sir or Madam:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION


By: *[signature]*
Name: Daniel M. Bell
Title: Receiver-in-Charge

H.01.b LDCMFI/Accept Appointment as Receiver.doc

04/08