UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-21406-CIV-JORDAN

| | |
|---|---|
| TRILOGY PROPERTIES, et al., | ) |
|     Plaintiffs | ) ) ) |
| vs. | ) ) |
| SB HOTEL ASSOCIATES, LLC, et al., | ) ) |
|     Defendants | ) ) |

### ORDER SUBSTITUTING PARTY & STAYING PROCEEDINGS

The FDIC's motion to substitute itself as a real party in interest and to stay these proceedings for 90 days [D.E. 65] is GRANTED.

Pursuant to 12 U.S.C. § 1821(c) & (d), the FDIC as receiver is substituted as a party for Corus Bank, and all proceedings in this case are stayed until December 17, 2009. Any responsive pleadings, motions, or memoranda that would otherwise be due during this period shall instead be filed on this date. All replies to filings made on December 17, 2009, will be due on January 5, 2010.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of September, 2009.

                                              _____
                                              Adalberto Jordan
                                              United States District Judge

Copy to:      All counsel of record