UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21406-CIV-JORDAN/MCALILEY

TRILOGY PROPERTIES LLC, a Florida limited
liability company; GAETANO SALERNO, an
individual; and JOSEPH SALERNO, an
individual, RICHARD ATKINSON, an
individual, MICHELLE GERLICK, an
individual, ROBERT PICCOLI, an individual,
VICTOR SENOFONTE, an individual,
MARYANNE GREELEY, an individual GRANT
GREELEY, an individual; individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

SB HOTEL ASSOCIATES LLC, a Delaware
limited liability company; BAYROCK GROUP
L.L.C., a New York limited liability company;
ROY STILLMAN, an individual; DONALD J.
TRUMP, an individual; TRUMP
ORGANIZATION LLC, a New York limited
liability company; TRUMP FLORIDA
MANAGEMENT LLC, a Delaware limited
liability company; FEDERAL DEPOSIT
INSURANCE CORPORATION, as Receiver for
Corus Bank, N.A., and CHICAGO TITLE
INSURANCE COMPANY, a Nebraska
corporation,

    Defendants.

---

### ORDER ON AGREED MOTION FOR SUBSTITUTION OF COUNSEL FOR FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CORUS BANK, N.A.

THIS MATTER came before the Court upon the *Agreed Motion for Substitution of Counsel for Federal Deposit Insurance Corp, as Receiver for Corus Bank, N.A.* ("Motion") and, noting that the Federal Deposit Insurance Corporation, as Receiver for Corus Bank, N.A. ("FDIC-R"), Plaintiffs, and former and substituting counsel having agreed to same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Christopher S. Carver, Esq., David E. Otero, Esq., and the law firm of Akerman Senterfitt shall be substituted in place of David W. Trench, Esq., Enza G. Boderone, Esq., and the law firm Bilzin Sumberg Baena Price & Axelrod LLP as counsel for defendant FDIC-R.

3. David W. Trench, Esq., Enza G. Boderone, Esq., and the law firm Bilzin Sumberg Baena Price & Axelrod LL shall be relieved of any further responsibility in this matter on behalf of FDIC-R.

4. All future pleadings and papers directed to FDIC-R shall be served on Christopher S. Carver, Esq., David E. Otero, Esq., and the law firm Akerman Senterfitt, One SE Third Avenue, 25th Floor, Miami, Florida 33131.

DONE and ORDERED in Chambers in Miami, Florida, this 21st day of December, 2009.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:

All counsel of record

2