UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21406-CIV-JORDAN/MCALILEY

TRILOGY PROPERTIES LLC, a Florida limited
liability company; GAETANO SALERNO, an
individual; and JOSEPH SALERNO, an
individual, RICHARD ATKINSON, an
individual, MICHELLE GERLICK, an
individual, ROBERT PICCOLI, an individual,
VICTOR SENOFONTE, an individual,
MARYANNE GREELEY, an individual GRANT
GREELEY, an individual; individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

SB HOTEL ASSOCIATES LLC, a Delaware
limited liability company; BAYROCK GROUP
L.L.C., a New York limited liability company;
ROY STILLMAN, an individual; DONALD J.
TRUMP, an individual; TRUMP
ORGANIZATION LLC, a New York limited
liability company; TRUMP FLORIDA
MANAGEMENT LLC, a Delaware limited
liability company; FEDERAL DEPOSIT
INSURANCE CORPORATION, as Receiver for
Corus Bank, N.A., and CHICAGO TITLE
INSURANCE COMPANY, a Nebraska
corporation,

    Defendants.
_____

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Pursuant to S.D. Fla. L.R. 3.8 and S.D. Fla. I.O.P. 2.15.00, the Federal Deposit Insurance Corporation, as Receiver for Corus Bank, N.A. (the "FDIC-R"), hereby provides notice that the instant action is related to the action styled *Shaffer v. SB Hotel Associates LLC*, Case No. 09-62027-CIV-SEITZ/O'SULLIVAN (the "*Shaffer* Action"), which was removed to this Court on December 28, 2009.

The defendants to the *Shaffer* Action are also defendants in this action (which names parties as defendants which are not defendants in the *Shaffer* Action) and the subject matter of both actions "involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court." S.D. Fla. I.O.P. 2.15.00(B). Therefore, the FDIC-R files this Notice as required by Local Rule 3.8.

                                              Respectfully submitted,

Date: December 28, 2009           **AKERMAN SENTERFITT**
                                              One S.E. Third Avenue — 25th Floor
                                              Miami, FL 33131-1714
                                              Tel.: 305-374-5600
                                              Fax: 305-374-5095

                                              By: <u>s/Christopher S. Carver</u>
                                                  CHRISTOPHER S. CARVER, ESQ.
                                                  Florida Bar No. 993580
                                                  E-mail: christopher.carver@akerman.com
                                                  DAVID E. OTERO, ESQ.
                                                  Florida Bar No. 651370
                                                  E-mail: david.otero@akerman.com

                                              *Attorneys for the Federal Deposit Insurance*
                                              *Corporation, as Receiver for Corus Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, I electronically filed this *Notice of Pending, Refiled, Related or Similar Action* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Christopher S. Carver

## SERVICE LIST

*Trilogy Properties LLC v. SB Hotel Associates LLC*
Case No. 09-21406-CIV-JORDAN/MCALILEY
U.S. District Court, Southern District of Florida

**Counsel for Plaintiffs** (service by CM/ECF)

Jared H. Beck, Esq.
Elisabeth Lee Beck, Esq.
**BECK & LEE BUSINESS TRIAL LAWYERS**
28 W. Flagler Street, Suite 555
Miami, Florida 33130
Tel.: 305-789-0072
Fax: 786-664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

**Counsel for Attorneys for Defendant Chicago Title Insurance Company** (service by CM/ECF)

Michael K. Winston, Esq.
**CARLTON FIELDS, P.A.**
CityPlace Tower
525 Okeechobee Blvd., Ste. 1200
West Palm Beach, FL 33401-6303
Tel.: 561-659-7070
Fax: 561-659-7368
mwinston@carltonfields.com

**Counsel for Defendants Trump Florida Management LLC, Trump Organization, LLC, and Donald J. Trump** (service by CM/ECF)

Lynette Ebeoglu McGuinness, Esq.
**MURAI WALD BIONDO & MORENO, P.A.**
1200 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel.: 305-444-0101
Fax: 305-444-0174
lmcguinness@mwbm.com

**Counsel for the Federal Deposit Insurance Corporation, as Receiver for Corus Bank, N.A.** (service by CM/ECF)

Christopher S. Carver, Esq.
David E. Otero, Esq.
**AKERMAN SENTERFITT**
One S.E. Third Avenue – 25th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095
christohper.carver@akerman.com
david.otero@akerman.com

**Counsel for Defendant Corus Construction Ventures, LLC** (via CM/ECF)

David W. Trench, Esq.
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
200 South Biscayne Boulevard – Suite 2500
Miami, FL 33131-5430
Tel.: 305-374-7580
Fax: 305-374-7593
dtrench@bilzin.com

**Counsel for Defendants SB Hotel Associates LLC, Roy Stillman, and Bayrock Group L.L.C.** (service by CM/ECF)

Stephen B. Gillman, Esq.
Christopher W. Prusaski, Esq.
**SHUTTS & BOWEN LLP**
201 South Biscayne Boulevard – Suite 1500
Miami, FL 33131
Tel.: 305-358-6300
Fax: 305-381-9982
sgillman@shutts.com
cprusaski@shutts.com