UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-21406-CIV-JORDAN

| | |
|---|---|
| TRILOGY PROPERTIES, et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) |
| SB HOTEL ASSOCIATES, LLC, et al., | ) ) ) |
| Defendants | ) |
| _____ | ) |

**ORDER**

Donald J. Trump's motion for Alan Garten to appear on his behalf at mediation [D.E. 154] is GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of March, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record