UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21406-CIV-JORDAN

TRILOGY PROPERTIES, LLC, a Florida limited
liability company; GAETANO SALERNO, an
individual; and JOSEPH SALERNO, an individual,
individually and on behalf of all others similarly situated,
et al.,

    Plaintiffs,

v.

SB HOTEL ASSOCIATES, LLC, a Delaware limited
liability company; BAYROCK GROUP, LLC, a New
York limited liability company; ROY STILLMAN, an
individual; DONALD J. TRUMP, an individual;
TRUMP ORGANIZATION, LLC, a New York limited
liability company, and CHICAGO TITLE INSURANCE
COMPANY, a Nebraska corporation,

    Defendants.
_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS
DONALD J. TRUMP AND TRUMP ORGANIZATION, LLC**

PLEASE TAKE NOTICE that Herman J. Russomanno of the law firm of Russomanno &

Borrello, P.A., hereby gives notice of his appearance as counsel for Defendants Donald J. Trump

and the Trump Organization, LLC in this matter.

    Respectfully submitted,

    RUSSOMANNO & BORRELLO, P.A.
    Museum Tower – Penthouse 2800
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 373-2101
    Facsimile: (305) 373-2103

    By:   /s/  Herman J. Russomanno
          Herman J. Russomanno (Fla. Bar No. 240346)
          hrussomanno@russomanno.com

- 2 –

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/  Herman J. Russomanno