**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 09-21406-CIV-JORDAN**

TRILOGY PROPERTIES, LLC, a Florida limited
liability company; GAETANO SALERNO, an
individual; and JOSEPH SALERNO, an individual,
individually and on behalf of all others similarly
situated, et al.,

    Plaintiffs,

v.

SB HOTEL ASSOCIATES, LLC, a Delaware
limited liability company; BAYROCK GROUP,
LLC, a New York limited liability company; ROY
STILLMAN, an individual; DONALD J. TRUMP,
an individual; TRUMP ORGANIZATION, LLC, a
New York limited liability company, and
CHICAGO TITLE INSURANCE COMPANY, a
Nebraska corporation,

    Defendants.
_____/

**SUPPLEMENT TO STIPULATION FOR SUBSTITUTION OF COUNSEL FOR**
**DEFENDANTS DONALD J. TRUMP AND TRUMP ORGANIZATION, LLC**

    RUSSOMANNO & BORRELLO, P.A. hereby supplements the Stipulation for Substitution of Counsel for Defendants Donald J. Trump and the Trump Organization, LLC [DE 187] by attaching hereto [as Exhibit 1] Defendants Donald J. Trump's and the Trump Organization, LLC's executed consent to the Stipulation for Substitution of Counsel.

- 2 –

        Respectfully submitted,

        RUSSOMANNO & BORRELLO, P.A.
        Museum Tower, Penthouse 2800
        150 West Flagler Street
        Miami, Florida 33130
        Telephone: (305) 373-2101
        Facsimile: (305) 373-2103

        By: /s/  Herman J. Russomanno
        Herman J. Russomanno (Fla. Bar No.240346)
        hrussomanno@russomanno.com
        Herman J. Russomanno III (Fla. Bar No. 021249)
        herman2@russomanno.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel for record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/  Herman J. Russomanno III

- 2 –