**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 09-21406-CIV-WILLIAMS

TRILOGY PROPERTIES, LLC, et al.,

    Plaintiffs,
v.

SB HOTEL ASSOCIATES, LLC, et al.,

    Defendants.
_____/

**TRUMP DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF TRUMP DEFENDANTS' MOTION FOR FINAL SUMMARY JUDGMENT AND TRUMP DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants Donald J. Trump ("Trump") and the Trump Organization LLC ("Trump Org.") (collectively, "Trump Defendants"), hereby file this Notice of Supplemental Authority in Support of the Trump Defendants' Motion for Final Summary Judgment [DE 239] and the Trump Defendants' Opposition to Plaintiffs' Motion for Summary Judgment [DE 292].

On September 12, 2012, the Third District Court of Appeal, in *B&G Aventura, LLC v. G-Site Limited Partnership*, 2012 WL 3964816 (Fla. 3d DCA), affirmed an order granting the developer defendant's motion for summary judgment, in a condominium deposit refund case, whereby the Court held as follows:

> "The chief and most satisfactory index to determine the intent of the parties to an agreement as to whether they intended their written contract to be a complete and final statement of the whole transaction is whether the particular element of the alleged extrinsic negotiation is dealt with at all in the writing; if it is mentioned, covered, or dealt with in the writing, then presumably the writing was meant to represent all of the transaction on that element."

Here, Trump's role in the Project was mentioned, covered and dealt with in (1) Plaintiffs' Purchase Agreement, (2) Declaration, (3) Prospectus and (4) Property Report, which each provide that the "Developer" of the Project was "SB Hotel Associates LLC," and that Trump's role in the Project was that Trump had a limited license agreement to operate the hotel and that in the event the agreement was terminated for any reason, all use of Trump's tradename and Trump's trademark or service marks shall cease.  As such, the foregoing unambiguous writings represent all of the transaction on the issue of what Trump's role in the Project was (i.e. to operate the hotel and not develop the project) and thus, Plaintiffs' claims fail as a matter of law as to the Trump Defendants.

Dated: October 1, 2012

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By:   /s/  Herman J. Russomanno III
Herman J. Russomanno (Fla. Bar No. 240346)
hrussomanno@russomanno.com
Herman J. Russomanno III (Fla. Bar No. 21249)
herman2@russomanno.com

*Counsel for Donald J. Trump and Trump Organization LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Herman J. Russomanno III

**RUSSOMANNO & BORRELLO, P.A.**