UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21406-CV-WILLIAMS

TRILOGY PROPERTIES, LLC, *et al.*

    Plaintiffs,

vs.

SB HOTEL ASSOCIATES, LLC, *et al.*

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. In accordance with the oral rulings made in open court on October 31, 2012, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Defendants' Motion for Separate Trials (DE 340) and Plaintiff's Motion for Reconsideration (DE 266) are **DENIED**.

(2) This action is set for trial during the Court's two-week trial calendar beginning on May 28, 2013. The parties shall appear for Calendar Call at 11:00 A.M. on May 21, 2013 before the Honorable Kathleen Williams at the United States District Court, 400 North Miami Avenue, Room 11-3, Miami, Florida. The parties shall file a pretrial stipulation, proposed jury instructions, and motions in limine by March 8, 2013. If the Court considers it necessary, it may set a hearing for oral argument on the parties' pending summary judgment motions.

**DONE AND ORDERED** in chambers in Miami, Florida, this 1st day of November, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record