UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21406-Civ-Williams/Turnoff

TRILOGY PROPERTIES LLC, et al.,

    Plaintiffs,

v.

SB HOTEL ASSOCIATES LLC, et al.,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST SB HOTEL ASSOCIATES, LLC, BAYROCK GROUP, LLC AND ROY STILLMAN

THIS MATTER came before the Court on the Stipulation and Order of Dismissal With Prejudice of Claims Against SB Hotel Associates, LLC, Bayrock Group, LLC and Roy Stillman between Plaintiffs, Trilogy Properties, LLC, Maryanne Greeley, Grant Greeley, Gaetano Salerno, Joseph Salerno, Victor Senofonte, Robert Piccoli, Richard Atkinson, and Michelle Gerlick, and Defendants SB Hotel Associates, LLC, Bayrock Group LLC and Roy Stillman (the "**Settling Parties**") and the notification that the Settling Parties have settled this matter. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Stipulation is APPROVED.

2.    This matter is DISMISSED WITH PREJUDICE as to all claims brought by the Settling Parties against each other and in its entirety as to SB Hotel Associates, LLC, Bayrock Group, LLC and Roy Stillman. The Stipulation does not affect claims against any other defendant in this action.

3.    Each Settling Party shall bear their own attorneys' fees and costs.

1

4. The Court retains jurisdiction to enforce all terms and conditions of the Settlement Agreement in this matter.

DONE AND ORDERED at Miami, Florida, this \_\_\_1st\_\_\_ day of \_\_April\_\_ 2013.

_____
HONORABLE KATHLEEN WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record