UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21406-CIV-WILLIAMS

TRILOGY PROPERTIES, LLC, *et al.*,

    Plaintiffs,

vs.

SB HOTEL ASSOCIATES, LLC, *et al.*,

    Defendants.

_____ /

## ORDER

**THIS MATTER** is before the Court upon Plaintiffs' Motion for Imposition of Sanctions (DE 410). Defendant filed a Response in Opposition (DE 414), and Plaintiff filed a Reply (DE 415). Plaintiffs also filed a Supplemental Memorandum in Support of the Motion for Imposition of Sanctions (DE 429). Defendant filed a Response in Opposition to the Supplemental Memorandum (DE 430). The Court held hearings in this Matter on December 20, 2013, March 19, 2014, and June 11, 2014.

Having considered the record, relevant submissions, and applicable law, and in accordance with the oral rulings made at the hearing held on June 11, 2014, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Imposition of Sanctions (DE 410) is **GRANTED** pursuant to Rule 26(g)(3) of the Federal Rules of Civil Procedure. Defendant shall pay all fees attendant to the record events and docket entries identified in open court, including all attorney fees incurred in connection with: the mediation

conference held on April 4, 2011 (DE 163); the mediation conference held on February 27, 2012 (DE 206); the settlement conference held on January 21, 2014 (DE 424); the briefing of this matter (DE 410, 415, 429, 430); and the deposition of Mr. Garten on May 8, 2014.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16 day of June, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE