UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21406-CIV-WILLIAMS

TRILOGY PROPERTIES, LLC, *et al.*,

    Plaintiffs,

vs.

SB HOTEL ASSOCIATES, LLC, *et al.*,

    Defendants.

_____ /

## NOTICE OF SETTLEMENT

Plaintiffs and Defendants Donald J. Trump, Trump Organization, LLC, and Florida Trump Management, hereby notify the Court that the Parties have reached a settlement agreement in this matter, which resolves all claims in this matter. The Parties will file a Joint Stipulation of Dismissal With Prejudice with the Court.

_____          _____
Elizabeth Lee Beck                            Herman J. Russomanno

Counsel for Plaintiffs                         Counsel for Defendants