UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21406-CIV-WILLIAMS/SIMONTON

TRILOGY PROPERTIES LLC, *et al.*,

    Plaintiffs,

vs.

SB HOTEL ASSOCIATES LLC, *et al.*,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs TRILOGY PROPERTIES, LLC, GAETANO SALERNO, JOSEPH SALERNO, VICTOR SENOFONTE, ROBERT PICCOLI, RICHARD ATKINSON, MICHELLE GERLICK, and MARYANNE GREELEY, individually and in her capacity as Executor of the Estate of GRANT GREELEY, (collectively, "Plaintiffs") and Defendants, DONALD J. TRUMP, THE TRUMP ORGANIZATION LLC, and TRUMP FLORIDA MANAGEMENT LLC (collectively, "Trump Defendants"), by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate that the above-styled action be dismissed in its entirety, with prejudice, that each party shall bear its own attorneys' fees and costs, and that the Court enter the concurrently-submitted proposed order implementing the parties' stipulation and its terms.

## CONSENT TO FILING ELECTRONIC SIGNATURES

Pursuant to the CM/ECF Administrative Procedures, counsel for the Plaintiffs and the Trump Defendants have consented to the filing of this Stipulation.

1

| | |
|---|---|
| Elizabeth Lee Beck, Esq.<br>BECK & LEE TRIAL LAWYERS<br>12485 SW 137th Avenue, Suite 205<br>Miami, Florida 33186<br>Tel.: 305-234-2060<br>Fax: 786-664-3334<br>elizabeth@beckandlee.com<br><br>By: /s/ Elizabeth L. Beck<br>    Elizabeth L. Beck, Esq. | Herman J. Russomanno, Esq.<br>Russomanno & Borrello, P.A.<br>Museum Tower – Penthouse 2800<br>150 West Flagler Street<br>Miami, FL 33130<br>Telephone:    305-373-2101<br>Facsimile:    305-373-2103<br>hrussomanno@russomanno.com<br><br>By: /s/ Herman J. Russomanno<br>    Herman J. Russomanno, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I electronically filed the foregoing

*JOINT STIPULATION OF DISMISSAL WITH PREJUDICE*

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document(s) are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                     /s/ Elizabeth Lee Beck
                                   Elizabeth Lee Beck

**SERVICE LIST**
*Trilogy Properties LLC et al. v. SB Hotel Associates LLC et al.*
**Case No. 09-21406-CIV-WILLIAMS/SIMONTON**
**United States District Court, Southern District of Florida**

HERMAN J. RUSSOMANNO, ESQ.
HERMAN RUSSOMANNO, III, ESQ.
ROBERT BORRELLO, ESQ.
Russomanno & Borrello, P.A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, FL 33130
Telephone:　　305-373-2101
Facsimile:　　305-373-2103
hrussomanno@russomanno.com;
herman2@russomanno.com;
rborrello@russomanno.com

**Attorneys for Defendants Trump**
**Organization, LLC and Donald J. Trump**

BRUCE S. ROGOW, ESQ.
TARA A. CAMPION, ESQ.
Bruce S. Rogow, P.A.
500 E. Broward Blvd. Ste. 1930
Fort Lauderdale, FL 33394
Telephone:　　954-767-8909
Facsimile:　　954-764-1530
brogow@rogowlaw.com;
tcampion@rogowlaw.com

**Attorneys for Defendants Trump**
**Organization, LLC and Donald J. Trump**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21406-CIV-WILLIAMS/SIMONTON

TRILOGY PROPERTIES LLC, *et al.*,

    Plaintiffs,

vs.

SB HOTEL ASSOCIATES LLC, *et al.*,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs and the Trump Defendants (the "Stipulation"). After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Stipulation is APPROVED.

2. This matter is DISMISSED WITH PREJUDICE as to all claims by and between Plaintiffs and the Trump Defendants. Pursuant to the Stipulation, each party shall bear its own attorneys' fees and costs.

DONE AND ORDERED at Miami, Florida, this _____ day of _____ 2014.

    HONORABLE KATHLEEN WILLIAMS
    UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record