UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21406-CIV-WILLIAMS

TRILOGY PROPERTIES LLC, *et al.*,

    Plaintiffs,

vs.

SB HOTEL ASSOCIATES, LLC, *et al.*,

    Defendants,

_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (DE 555). Upon review of the Stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees as provided in the parties' stipulation. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of November, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE